UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CATHERINE EMILY PHILLIPS,

    Plaintiffs,

v.

REGAL LAGER, INC., et al.,

    Defendants.

Case No. 16-cv-06460-SI (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 7/7/2017 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 11/30/2017.

DESIGNATION OF EXPERTS: 12/15/2017; REBUTTAL: 2/9/2018;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 3/1/2018.

DISPOSITIVE MOTIONS **SHALL** be filed by; 3/9/2018;
    Opp. Due: 3/23/2018; Reply Due: 3/30/2018;
    and set for hearing no later than 4/13/2018 at 9:00 AM.

PRETRIAL CONFERENCE DATE: 5/22/2018 at 3:30 PM.

JURY TRIAL DATE: 6/4/2018 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be   days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions.

Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 4/10/2017

SUSAN ILLSTON
United States District Judge