| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

CATHERINE EMILY PHILLIPS,

    Plaintiffs,

    v.

REGAL LAGER, INC., et al.,

    Defendants.

Case No. 16-cv-06460-SI (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: December 1, 2017 at 3:00 PM.
Counsel *must* file a joint case management statement by November 27, 2017.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: February 28, 2018.

DESIGNATION OF EXPERTS: March 12, 2018; REBUTTAL: March 30, 2018;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: June 1, 2018.

DISPOSITIVE MOTIONS **SHALL** be filed by: June 15, 2018;
    Opp. Due: June 29, 2018; Reply Due: July 6, 2018;
    and set for hearing no later than July 20, 2018 at 10:00 AM.

PRETRIAL CONFERENCE DATE: August 21, 2018 at 3:30 PM.

JURY TRIAL DATE: September 4, 2018 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions.

Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 7/10/17

_____
SUSAN ILLSTON
United States District Judge