UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE EMILY PHILLIPS,<br><br>Plaintiff,<br><br>v.<br><br>REGAL LAGER, INC., et al.,<br><br>Defendants. | Case No. 16-cv-06460-SI<br><br>**ORDER VACATING DISMISSAL AND LIFTING STAY**<br><br>Re: Dkt. No. 117 |

The Order of Dismissal upon Settlement, entered December 4, 20017, is VACATED and the stay on discovery is lifted as to Regal Lager's cross-complaint against BabyBjorn. A Case Management Conference is scheduled for Friday, February 9, 2018 at 3:00 p.m. A Joint Case Management Statement is due on February 2, 2018.

**IT IS SO ORDERED**.

Dated: January 23, 2018

_____
SUSAN ILLSTON
United States District Judge