UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE EMILY PHILLIPS, by and through her Guardian Ad Litem, Caron L. Stapleton,<br><br>Plaintiff,<br><br>v.<br><br>REGAL LAGER, INC., Defendant and Cross-Claimant; and BABYBJÖRN AB, Defendant and Cross-Defendant. | Case No. 16-cv-06460-SI<br><br>**JUDGMENT** |

The Court has dismissed plaintiff's claims with prejudice and has dismissed the cross-claims of Regal Lager, Inc., without prejudice. *See* Dkt. No. 153. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 14, 2018

_____
SUSAN ILLSTON
United States District Judge